# NO. 12-11-00373-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WRL GENERAL CONTRACTORS, LTD.,* **APPELLANT** | § | *APPEAL FROM THE 114TH* |
| *V.* **MOTHER FRANCES HOSPITAL REGIONAL HEALTH CARE CENTER,** | § | *JUDICIAL DISTRICT COURT* |
| **APPELLEES** | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant and Appellee have filed a joint motion to dismiss this appeal. In their motion, the parties state that they have reached an agreement to resolve the dispute that is the subject of this appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered December 12, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 12, 2012**

**NO. 12-11-00373-CV**

**WRL GENERAL CONTRACTORS, LTD.,**
Appellant
V.
**TRINITY MOTHER FRANCES REGIONAL HEALTH CARE CENTER**,
Appellee

Appeal from the 114th Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 10-2860-B)

THIS CAUSE came on to be heard on the joint motion of the Appellant and Appellee to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*